**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3050-23

ALYSSA WILK,

     Plaintiff-Respondent,

v.

IRA LIFSHUTZ,

     Defendant-Appellant.

_____

Submitted October 29, 2025 – Decided November 7, 2025

Before Judges Gummer and Vanek.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Bergen County, Docket No. FM-02-0559-21.

Ameri Law Firm, attorneys for appellant (Nima Ameri, on the brief).

Skoloff & Wolfe, PC, attorneys for respondent (Jane J. Felton and Scott S. Rose, of counsel and on the brief).

PER CURIAM

The parties submitted a stipulation agreeing to the dismissal of the appeal with prejudice. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

2

A-3050-23